

NUMBER 13-03-00579-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

LENNAR CORPORATION, ET AL.,                                    APPELLANTS,

v.

MARK SCHLATTER, ET AL.,                                    APPELLEES.

On Appeal from the 107th District Court
of Cameron County, Texas.

# MEMORANDUM OPINION

**Before Justices Yañez, Rodriguez, and Vela**
**Memorandum Opinion Per Curiam**

Appellants, Lennar Corporation, U.S. Home Corporation, David Garcia, Fabian Diaz, and Sheldon Moore, have filed an unopposed motion to dismiss this appeal as moot. Appellants request that this Court dismiss the appeal.

The Court, having considered the documents on file and appellants' unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX.

R. APP. P. 42.1(a). Appellants' unopposed motion to dismiss is GRANTED, and the appeal is hereby DISMISSED. Costs will be taxed against appellants. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Memorandum Opinion delivered and
filed this the 10th day of April, 2008.